Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Benjamin J. Hofileña (State Bar No. 227117)
bhofilena@orrick.com
Alyssa M. Caridis (State Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendant
YOLANDA COLEMAN-OWENS

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YOLANDA COLEMAN-OWENS, an individual and JACQUELINE B. OWENS, an individual,<br><br>Defendant. | Case No.  CV 09-07317 AHM (AGRx)<br><br>**JUDGMENT**<br><br>**Judge: Hon. A. Howard Matz** |

**JUDGMENT**

1  This action having been commenced on October 7, 2009, and the Court having approved the stipulation of the parties for entry of judgment, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Yolanda Coleman-Owens ("Yolanda") is deemed to be the surviving spouse on David Owens' ("Owens") account with the Operating Engineers Pension Trust ("Trust") with respect to seventy-five percent (75%) of the monthly pension benefits payable on Owens' account, subject to adjustments set out in paragraph 3 below.

2. Jacqueline B. Owens ("Jacqueline") is deemed to be the surviving spouse on Owens' account with the Trust with respect to twenty-five percent (25%) of the monthly pension benefits payable on Owens' account, subject to adjustments set out in paragraph 3 below.

3. The Trust was awarded attorneys' fees of $11,607.00 (Dkt. 27), incurred by the Trust in bringing this interpleader action, and such fees shall be deducted from the pension benefits payable on Owens' account prior to the Trust making any payments to either Yolanda or Jacqueline. Yolanda and Jacqueline have both elected to be paid benefits as a Single Life Annuity. From May 1, 2008, through September 1, 2010, the Trust withheld pension benefits in the amount of $39,765.00 (which includes a one-time $1,875.00 lump sum payment payable on Owens' account to Yolanda and a one-time $625.00 lump sum payment to Jacqueline). The amount of $11,607.00 shall be withheld by the Trust and applied to the Trust's attorneys' fees. The remaining $28,158.00 of withheld pension benefits payable on Owens' account shall be paid to Yolanda and Jacqueline in accordance with the percentages set forth in paragraphs 1 and 2 hereinabove. Accordingly, out of the remaining withheld funds, Yolanda shall be paid $21,118.50 and Jacqueline shall be paid $7,039.50.

1        4.     Beginning the first month after the Court enters Judgment and after the amounts set fourth in paragraph 3 hereinabove are paid, the Trust shall pay Yolanda $964.00 [seventy-five percent (75%)] of each subsequent monthly pension benefit payable on Owens' account with the Trust. The Trust shall pay Jacqueline $321.00 [twenty-five percent (25%)] of each subsequent monthly pension benefit payable on Owens' account with the Trust.

      This order constitutes a final judgment under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: September 13. 2010

**JS-6**

                                The Honorable A. Howard Matz
                                United States District Court Judge